UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ERIK A. KUBIK**,

    Plaintiff,

v                                                                    Case No. 06-12201-DT
                                                                   Hon. Bernard A. Friedman

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation dated March 19, 2007. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Mona K. Majzoub's Report and Recommendation dated March 19, 2007, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendant's unopposed motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's complaint is dismissed.


 April 12, 2007                       s/Bernard A. Friedman
 Detroit, Michigan                BERNARD A. FRIEDMAN
                                                 CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

      **/s/ Patricia Foster Hommel**
        **Patricia Foster Hommel**
  **Secretary to Chief Judge Friedman**